HANNAH S. HOWEY, complainant and respondent,

*v.*

WILBERT T. HOWEY, defendant and appellant.

[Submitted July 11th, 1910. Decided November 14th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming.

*Messrs. French & Richards,* for the appellant.

*Mr. Charles M. Atkinson,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed by Vice-Chancellor Leaming in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, DILL, CONGDON—13.

*For reversal*—None.